SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:    1.  Intake Clerk *

    2.  Case Administrator



FROM:    Financial Administrator

DATE: 1/29/2016

CASE NAME: Benton

CASE NUMBER: 10-28775-GLT

Check Number 975861 in the amount of $ 12,700.42 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 10837            Intake Clerk's Initials  MF

*   AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA
## U.S. STEEL TOWER - SUITE 3250
## 600 GRANT STREET
## PITTSBURGH, PA 15219
## TELEPHONE: (412) 471-5566
## FAX: (412) 471-5470
## Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**
01/29/2016

| | | |
|---|---|---|
| Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>PIttsburgh, PA 15219 | OR | Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 |

Re: EDDIE BENTON, JR
BEVERLY G. BENTON
Case No: 10-28775GLT

Dear Mr. Rhodes:

    I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
    These funds are owned by the following creditor.  The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan.  The address shown is based on the Trustee's best and most recent information.
.

    Onewest Bank Fsb
    6900 Beatrice Dr
    Po Box 4045
    Kalamazoo,MI 49009

CHECK NUMBER 975861     AMOUNT $12700.42

    The disbursement(s) was returned to the Trustee for the following reason:

NO POA FILED

    Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

    /s/ Rosa Richard
    Administrative Assistant
    for Ronda J. Winnecour, Esq.
    Chapter 13 Trustee

CC:MICHAEL S GEISLER ESQ
EDDIE BENTON, JR
BEVERLY G. BENTON
Onewest Bank Fsb