| | |
|---|---|
| Debtor 1 | Eddie Benton, Jr. |
| Debtor 2 (Spouse, if filing) | Beverly G. Benton |
| United States Bankruptcy Court for the: | Western District of PA (State) |
| Case number | 10-28775 |

Form 4100R

# Response to Notice of Final Cure Payment                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** Ocwen Loan Servicing, LLC, as servicer for*

**Court claim no.** (if known): 14-2

**Last 4 digits** of any number you use to identify the debtor's account: 3 7 5 9

**Property address:** 1617 Sedgwick Street
Number    Street

_____

Pittsburgh, PA 15233
City            State      ZIP Code

*DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR19, MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-AR19

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                             (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:                 + (b) $ _____

c. **Total**. Add lines a and b.                                                             (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:  ___/___/_____
MM / DD / YYYY

Debtor 1  __Eddie_____ _____ __Benton, Jr._____    Case number (*if known*) __10-28775_____
          First Name     Middle Name  Last Name

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's attorney.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ __/s/ William E. Miller_____    Date __03_/_02_/_2016__
  Signature

Print  __William_____ __E._____ __Miller_____    Title __Esquire_____
       First Name     Middle Name    Last Name

Company  _____Stern & Eisenberg, PC_____

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  __1581 Main Street_____
         Number           Street

         __Warrington, PA 18976_____
         City                State     ZIP Code

Contact phone  (_215_) _572_ – _8111_____    Email _wmiller@sterneisenberg.com_